▮▮▮ In the Matter of Laurie Wood, Respondent, v Robert Lynchesky, Appellant. [899 NYS2d 723]—Appeal from an order of the Family Court, Monroe County (Julie A. Gordon, R.), entered August 8, 2008 in a proceeding pursuant to Family Court Act article 6. The order granted the petition.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Peradotto, Lindley, Sconiers and Gorski, JJ.